# In the United States Court of Federal Claims

Nos. 17-449, 17-499, 17-493, 17-517, 17-578, 17-558, 17-633
(consolidated)

(Filed: November 27, 2017)

```
*******************************************
                                          *
CONTINENTAL SERVICE GROUP, INC.,          *
et al.,                                   *
                                          *
                Plaintiffs,               *
                                          *
v.                                        *
                                          *
THE UNITED STATES,                        *
                                          *
                Defendant,                *
                                          *
and                                       *
                                          *
CBE GROUP, INC., et al.,                  *
                                          *
                Defendant-Intervenors.    *
                                          *
*******************************************
```

## SCHEDULING ORDER

The Court will hold a status conference in the above-captioned consolidated bid protest on Tuesday, December 12, 2017, at 10:00 AM EST in the National Courts Building, 717 Madison Pl. N.W., Washington, D.C.  All parties are expected to be present and represented.

IT IS SO ORDERED.

s/ Thomas C. Wheeler
THOMAS C. WHEELER
Judge